UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KYLAH ANTHONY,** | ) CASE NO. 1:21-CV-1926-JPC |
| Plaintiff, | )<br>) JUDGE J. PHILIP CALABRESE |
| v. | )<br>) MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR. |
| **ACIMA CREDIT, LLC** | ) |
| Defendant. | ) |

## DEFENDANT ACIMA CREDIT LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1), Defendant Acima Credit LLC states that it is a wholly-owned subsidiary of Acima Holdings, LLC, which is a wholly-owned subsidiary of Rent-A-Center East, Inc., which is a wholly-owned subsidiary of Rent-A-Center, Inc. (NASDAQ:RCII).

Respectfully submitted this 18th day of November, 2021.

*/s/ Devin C. Dolive*
Devin C. Dolive
(Ohio Reg. No. 0075585)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
E-mail: ddolive@burr.com

Attorney for Defendant
*Acima Credit LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by U.S. Mail, with a separate copy via e-mail, on this the 18th day of November, 2021, on the following:

Kylah Anthony
PO Box 19329
Cleveland, OH 44119
customerservice@creditmisses.com

*/s/ Devin C. Dolive*
Devin C. Dolive (0075585)