# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KYLAH ANTHONY, | Case No. 1:21-cv-01926 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| ACIMA CREDIT LLC, | |
| Defendant. | |

## ORDER

On April 3, 2023, the Court ordered the parties to file a joint status report by May 31, 2023. The parties failed to file such a report. Later, by email, defense counsel informed the Court that the arbitrator entered an award. The Court **ORDERS** the parties, individually or jointly, to file the arbitrator's award no later than June 16, 2023.

**SO ORDERED.**

Dated: June 8, 2023

J. Philip Calabrese
United States District Judge
Northern District of Ohio